```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24222
    ANNA M CRISTELLI WILLETT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2175


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/26/2007 and was not confirmed.

     The case was dismissed without confirmation 06/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------

WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG       .00            .00           .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE       .00            .00           .00
MUNICIPAL COLLECTION SER  UNSECURED       1375.00            .00           .00
COOK COUNTY TREASURER     SECURED VEHIC    746.02            .00        170.54
AMERICREDIT FINANCIAL SV  SECURED VEHIC  18556.00            .00       1841.96
COMMONWEALTH EDISON       UNSECURED        431.14            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        381.09            .00           .00
AMERIQUEST                UNSECURED      NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED           .00           .00
AT & T WIRELESS           UNSECURED      NOT FILED           .00           .00
CASH CALL                 UNSECURED      NOT FILED           .00           .00
CHARTER ONE BANK          UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO HEIGHTS   UNSECURED      NOT FILED           .00           .00
AMERICREDIT FINANCIAL SV  UNSECURED        601.39            .00           .00
FINGERHUT DIRECT MARKETI  UNSECURED        586.16            .00           .00
ECAST SETTLEMENT CORP     UNSECURED       1334.77            .00           .00
HSBC CARD SERVICES        UNSECURED      NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED        423.32            .00           .00
INSTA CASH                UNSECURED        718.00            .00           .00
NICOR GAS                 UNSECURED        199.44            .00           .00
POPPER & WISNIEWSKI       UNSECURED      NOT FILED           .00           .00
SILVER CROSS HOSPITAL     UNSECURED        200.00            .00           .00
SPRINT                    UNSECURED      NOT FILED           .00           .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED           .00           .00
T MOBILE                  UNSECURED      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        4329.34            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED       7656.73            .00           .00
FELD & KORRUB LLC         DEBTOR ATTY     2,000.00                       402.50
TOM VAUGHN                TRUSTEE                                        210.00
DEBTOR REFUND             REFUND                                         875.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 24222 ANNA M CRISTELLI WILLETT
```

```
--------------------------------------------------------------------------------
TRUSTEE                                    3,500.00

PRIORITY                                                              .00
SECURED                                                          2,012.50
UNSECURED                                                             .00
ADMINISTRATIVE                                                     402.50
TRUSTEE COMPENSATION                                               210.00
DEBTOR REFUND                                                      875.00
                                         ---------------    ---------------
TOTALS                                     3,500.00             3,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
          CASE NO. 07 B 24222 ANNA M CRISTELLI WILLETT